# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYNN EIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00049-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 12, 15) |

On January 5, 2023, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 15.) The parties seek a thirty-day extension of time to file Defendant's brief from January 12, 2023, to February 11, 2023. This is Defendant's first request for an extension. The parties proffer good cause exists because counsel for Defendant was recently reassigned to Office of Program Litigation and is carrying a high workload, and counsel was recently assigned to this case and needs time to adequately evaluate it. The Court finds good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 15) is GRANTED;

2. Defendant shall have until **February 11, 2023**, to file the opening brief; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 12) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE