1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11

BARRY LYNN EIDSON,

Case No. 1:22-cv-00049-SAB

12

Plaintiff,

ORDER RE STIPULATION FOR AWARD
OF ATTORNEY FEES

13

v.

(ECF No. 22)

14

COMMISSIONER OF SOCIAL SECURITY,

15

Defendant.

16

17      Barry Lynn Eidson ("Plaintiff") filed the complaint in this action on January 11, 2022.

18  (ECF No. 1.)  On August 25, 2023, the Court remanded the action for further proceedings and

19  entered judgment in favor of Plaintiff.  (ECF Nos. 20, 21.)  On September 20, 2023, the parties

20  filed a stipulation that plaintiff be awarded attorney fees and expenses in the amount of

21  $7,700.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and $402.00 in

22  costs under 28 U.S.C. § 1920.  (ECF No. 22.)  The award is without prejudice to the rights of

23  counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

24  (Id.)

25  / / /

26  / / /

27  / / /

28  / / /

1

1        Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,

2   Plaintiff is awarded attorney fees under the EAJA in the amount of $7,700.00 and costs in the

3   amount of $402.00.

4

5   IT IS SO ORDERED.

6   Dated:   **September 20, 2023**                    _____

7                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28